IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BRYSON GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-494-WKW |
| ) | [WO] |
| WELLS FARGO BANK, N.A., ) | |
| and JOHN G. STUMP, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 20.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED;

2. Defendants' motion to dismiss (Doc. # 8) is GRANTED; and

3. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 28th day of November, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE